Ethan A. Glaubiger, California State Bar #157485
**LAW OFFICES OF ETHAN A. GLAUBIGER**
740 Fourth Street, 2nd Floor
Santa Rosa, California 95404
(707) 578-4505

Attorney for Plaintiffs
LEAH ANN HERNANDEZ
and JOSE RAMON HERNANDEZ

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAH ANN HERNANDEZ and JOSE RAMON HERNANDEZ,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>QBE INSURANCE CORPORATION, QBE AMERICAS, INC., and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No: 3:17-cv-02577<br><br>**STIPULATION AND [PROPOSED] ORDER TO ALLOW LATE FILING OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE AND TO CONTINUE THE JUNE 20, 2017 HEARINGS ON THE MOTIONS** |

　　Come now, Plaintiffs LEAH ANN HERNANDEZ and JOSE RAMON HERNANDEZ ("Plaintiffs") and defendants QBE PRAETORIAN INSURANCE CORPORATION AND QBE AMERICAS, INC. ( "QBE") and  stipulate as follows.

　　QBE filed a motion to dismiss and a motion to strike on May 11, 2017 and set both motions for hearing on June 20, 2107;

　　Plaintiffs' oppositions to both motions were due on May 25, 2017;

　　As of today, Plaintiffs have not filed any oppositions;

　　On May 31, 2017, Plaintiffs' counsel called QBE's counsel and advised that he had inadvertently failed to properly calendar the deadline to file oppositions because his assistant had been unexpectedly out of the office;

---

LAW OFFICES OF ETHAN A. GLAUBIGER
740 Fourth Street, 2nd Floor, Santa Rosa, CA 95404
Tel: (707) 578-4505 Fax: (707) 578-0409

During the May 31, 2017 conversation, QBE's counsel asked Plaintiffs' counsel to provide a proposed stipulation supporting Plaintiffs' request for leave to late file oppositions; and

On June 2, 2017, Plaintiffs' counsel provided a proposed stipulation and proposed order to defense counsel.

Now therefore, subject to this Court's approval, Plaintiffs and QBE ask this Court to continue the deadline for Plaintiffs to file oppositions to both motions from May 25, 2017 to June 12, 2017 and continue the deadline for QBE to file reply briefs to June 19, 2017. To accommodate Plaintiffs' counsel's vacation, Plaintiffs and QBE also ask this Court to continue the hearing on both motions to July 11, 2017.   SO STIPULATED

DATED: June 5, 2017                   LAW OFFICES OF ETHAN A. GLAUBIGER


By: */s/ Ethan A. Glaubiger*
Ethan A. Glaubiger
Attorneys for Plaintiffs LEAH ANN
HERNANDEZ AND RAMON HERNANDEZ


DATED: June 5, 2017                   LEWIS BRISBOIS BISGAARD & SMITH LLP


By: */s/ Jerry Garcia*
Rebecca R. Weinreich
Jerry Garcia
Attorneys for Defendants QBE INSURANCE
CORPORATION, QBE AMERICAS, INC.

---

4824-7505-4410.1 Stipulation and [Proposed] Order to Allow Late Filing of Opposition to Defendant's Motion to Dismiss and Motion to Strike and to Continue the June 20, 2017 Hearings on the Motions

2

LAW OFFICES OF ETHAN A. GLAUBIGER
740 Fourth Street, 2nd Floor, Santa Rosa, CA 95404
Tel: (707) 578-4505 Fax: (707) 578-0409

# [PROPOSED] ORDER

In accordance with the above stipulation, and for good cause shown, it is hereby ordered that plaintiffs shall have leave to file oppositions to defendants' Motion to Dismiss and Motion to Strike. Opposition to both motions shall be filed not later than June 12, 2017 and any replies shall be filed not later than June 16, 2017.

The hearing on both motions shall be continued to July ~~11~~ 13, 2017 at ~~10:00 a.m.~~ 1:30 p.m.



Hon. ~~Nan~~
~~Mag~~ IT IS SO ORDERED e United States
~~Dist~~ AS MODIFIED n District of
~~Cali~~
Judge Edward M. Chen

---

4824-7505-4410.1 Stipulation and [Proposed] Order to Allow Late Filing of Opposition to Defendant's Motion to Dismiss and Motion to Strike and to Continue the June 20, 2017 Hearings on the Motions

3