Ethan A. Glaubiger, California State Bar #157485
**LAW OFFICES OF ETHAN A. GLAUBIGER**
740 Fourth Street, 2nd Floor
Santa Rosa, California 95404
(707) 578-4505

Attorney for Plaintiffs
LEAH ANN HERNANDEZ
and JOSE RAMON HERNANDEZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAH ANN HERNANDEZ and JOSE RAMON HERNANDEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>QBE INSURANCE CORPORATION,,<br><br>Defendant. | Case No: 3:17-cv-02577<br><br>Hon. Edward M. Chen<br><br>**STIPULATION AND [PR~~O~~OPOSED] ORDER TO VOLUNTARILY DISMISS QBE AMERICAS, INC. PURSUANT TO F.R.C.P. RULE 41(a)**<br><br>Trial Date: None Set |

Come now, Plaintiffs LEAH ANN HERNANDEZ and JOSE RAMON HERNANDEZ (collectively "Hernandez") and Defendant QBE INSURANCE CORPORATION ("QBE") and stipulate as follows.

The Complaint in the subject lawsuit, filed on September 12, 2016, named QBE Americas, Inc. ("QBE Americas"), as a defendant. At the July 13, 2017 hearing on Defendants' Motion to Dismiss and Motion to Strike, the Court ordered the parties to meet and confer to review policy and documents thoroughly before Plaintiffs filed an amended complaint. The parties complied with the order to meet and confer, and as a result, on October 2, 2017, Plaintiffs filed the First Amended Complaint, which did not name QBE Americas as a defendant.

The parties now agree and stipulate that QBE Americas be voluntarily dismissed pursuant to Rule 41(a) with each party to bear their own fees and costs.

IT IS SO STIPULATED.

DATED: November 8, 2017    LAW OFFICES OF ETHAN A. GLAUBIGER

By: /s/
Ethan A. Glaubiger
Attorneys for Plaintiffs LEAH ANN HERNANDEZ AND RAMON HERNANDEZ

DATED: November 8, 2017    LEWIS BRISBOIS BISGAARD & SMITH LLP

By: *Jerry Garcia*
Rebecca R. Weinreich
Jerry Garcia
Attorneys for Defendants QBE INSURANCE CORPORATION, QBE AMERICAS, INC.

**[PROPOSED] ORDER**

In accordance with the above stipulation, and for good cause shown, it is hereby ordered that QBE Americas, Inc. is dismissed pursuant to Rule 41(a).

_____
Hon. Edward M. Chen
Judge of the United States District Court, Northern District of California

