Ethan A. Glaubiger, California State Bar #157485
**LAW OFFICES OF ETHAN A. GLAUBIGER**
740 Fourth Street, 2nd Floor
Santa Rosa, California 95404
(707) 578-4505

Attorney for Plaintiffs
LEAH ANN HERNANDEZ
and JOSE RAMON HERNANDEZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAH ANN HERNANDEZ and JOSE RAMON HERNANDEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>QBE INSURANCE CORPORATION,,<br><br>Defendant. | Case No: 3:17-cv-02577<br><br>Hon. Edward M. Chen<br><br>**STIPULATION AND [~~PROP~~OSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br><br>Trial Date: None Set |

Come now, Plaintiffs LEAH ANN HERNANDEZ and JOSE RAMON HERNANDEZ (collectively "Hernandez") and Defendant QBE INSURANCE CORPORATION ("QBE") and stipulate as follows.

Currently, a Case Management Conference is set for November 21, 2017 at 10:30 a.m. Plaintiffs' counsel, Ethan A. Glaubiger, advised defense counsel, Jerry Garcia, that he has a potential conflict in that he may have to attend a funeral on that date. Rather than wait any longer to confirm the date of the funeral and considering that defense counsel is traveling from Los Angeles, counsel have agreed to request that the current Case Management Conference be continued.

Plaintiffs' counsel contacted Ms. Betty Lee who advised that she could set the Case Management Conference on December 14, 2017 at 10:30 a.m.

Therefore, it is respectfully requested that the Court continue the Case Management Conference to December 14, 2017 at 10:30 a.m.

IT IS SO STIPULATED.

DATED: November 17, 2017        LAW OFFICES OF ETHAN A. GLAUBIGER

                                /s/
                                By: _____
                                Ethan A. Glaubiger
                                Attorneys for Plaintiffs LEAH ANN
                                HERNANDEZ AND RAMON HERNANDEZ

DATED: November 17, 2017        LEWIS BRISBOIS BISGAARD & SMITH LLP

                                /s/
                                By: _____
                                Rebecca R. Weinreich
                                Jerry Garcia
                                Attorneys for Defendants QBE INSURANCE
                                CORPORATION, QBE AMERICAS, INC.

LAW OFFICES OF ETHAN A. GLAUBIGER
740 Fourth Street, 2nd Floor, Santa Rosa, CA 95404
Tel: (707) 578-4505  Fax: (707) 578-0409

# [~~PROPOSED~~] ORDER

In accordance with the above stipulation, and for good cause shown, it is hereby ordered that the Case Management Conference in this matter set for November 21, 2017 is hereby continued to December 14, 2017 at 10:30 a.m.



Hon. Edward M. Chen
Judge of the United States District Court, Northern District of California

IT IS SO ORDERED
Judge Edward M. Chen

LAW OFFICES OF ETHAN A. GLAUBIGER
740 Fourth Street, 2nd Floor, Santa Rosa, CA 95404
Tel: (707) 578-4505  Fax: (707) 578-0409