Ethan A. Glaubiger, California State Bar #157485
Law Offices of Ethan A. Glaubiger
740 Fourth Street, 2nd Floor
Santa Rosa, California 95404
(707) 578-4505

Attorney for Plaintiffs
Lean Hernandez and Jose Ramon Hernandez

LEWIS BRISBOIS BISGAARD & SMITH LLP
Rebecca R. Weinreich (SBN 155684)
E-Mail: Rebecea.Weinreich@lewisbrishois.com
Jerry Garcia (SBN 131554)
E-Mail: Jerry.Garcia@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800

Attorneys for Defendant
QBE INSURANCE CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAH ANN HERNANDEZ and JOSE RAMON HERNANDEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>QBE INSURANCE CORPORATION,<br><br>Defendant. | Case No: 3:17-cv-02577<br><br>Hon. Edward M. Chen<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS THE ENTIRE ACTION PURSUANT TO F.R.C.P. RULE 41(a)** |

///

///

///

///

Law Offices of Ethan A. Glaubiger
740 Fourth Street, 2nd Floor,
Santa Rosa, CA 95404

Plaintiffs LEAH ANN HERNANDEZ and JOSE RAMON HERNANDEZ (collectively "Hernandez") and Defendant QBE INSURANCE CORPORATION ("QBE") respectfully submit this Stipulation and [Proposed] Order to Dismiss the Entire Action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The parties settled all claims in this action. Accordingly, Plaintiffs and Defendant jointly stipulate that this Court dismiss with prejudice all claims and counterclaims in this action with each party to bear its own costs, attorney's fees and expenses. Plaintiffs respectfully requests that the Court enter the proposed order of dismissal submitted with this stipulation.

IT IS SO STIPULATED.

DATED: April 6, 2018          LAW OFFICES OF ETHAN A. GLAUBIGER


By: /s/ *Ethan A. Glaubiger*
Ethan A. Glaubiger
Attorneys for Plaintiffs
LEAH ANN HERNANDEZ AND RAMON HERNANDEZ


DATED: April 6, 2018          LEWIS BRISBOIS BISGAARD & SMITH LLP


By: /s/ *Jerry Garcia*
Rebecca R. Weinreich
Jerry Garcia
Attorneys for Defendants
QBE INSURANCE CORPORATION,
QBE AMERICAS, INC.

Attestation: All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

## [P~~ROPO~~SED] ORDER OF DISMISSAL

In accordance with the above stipulation, and for good cause shown, it is hereby ordered that the subject lawsuit Americas, Inc. is dismissed pursuant to Rule 41(a).

DATED: April __9__, 2018



_____
Judge of the United States District Court,
Northern

LAW OFFICES OF ETHAN A. GLAUBIGER
740 Fourth Street, 2nd Floor,
Santa Rosa, CA 95404